### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 06-CV-673-GKF-FHM |
| STATE OF OKLAHOMA, et al., | |
| Defendant. | |

## ORDER

The Second Motion For Extension of Time To Respond to Requests for Production of Documents [Dkt. 34] filed by the Defendants is GRANTED.

Defendants are hereby granted until April 2, 2007 in which to respond to Plaintiff's Request for Production of Documents.

The parties' filings contain discussion about whether Defendant should pay for or share Plaintiff's cost of scanning or copying the documents produced. To forestall any further disagreement over the matter, Defendant is not required to share Plaintiff's cost of scanning or copying the documents produced.

The filings also discuss whether Defendant may delay production of the documents, pending Plaintiff's agreement to provide Defendant copies of the documents on CD-ROM that Plaintiff chooses to scan or copy. Since the Federal Rules of Civil Procedure impose no such requirement, Defendant is not entitled to impose that condition upon its production of documents. Finally, to the extent either party determines that any documents it produces should be designated as confidential, the producing party should affix that designation and bear the cost of doing so.

SO ORDERED this 22nd day of March, 2007.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE