**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO:** |
| ) | **06-CV-673-GKF-FHM** |
| 1. **THE STATE OF OKLAHOMA;** ) | |
| 2. **THE HONORABLE BRAD HENRY,** ) | |
|    Governor of the State of Oklahoma, ) | |
|    in his official capacity only; ) | |
| 3. **THE OKLAHOMA OFFICE OF** ) | |
|        **JUVENILE AFFAIRS;** ) | |
| 4. **ROBERT E. CHRISTIAN, Executive Director** ) | |
|        of the Oklahoma Office of ) | |
|        Juvenile Affairs, in his official ) | |
|        capacity only; ) | |
| 5. **THE OKLAHOMA BOARD OF** ) | |
|        **JUVENILE AFFAIRS;** ) | |
| 6. **CHARLES JACKSON, Chairperson of the** ) | |
|        Oklahoma Board of ) | |
|        Juvenile Affairs, in his ) | |
|        official capacity only; and ) | |
| 7. **EVERETT GOMEZ, Superintendent of** ) | |
|        the L.E. Rader Center, ) | |
|        in his official capacity only, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**RENEWED JOINT MOTION FOR ENTRY OF CONSENT DECREE**

All parties hereby jointly move this Court to sign the attached Consent Decree and enter it as an order of the Court. Entry of this Consent Decree as an order of the Court will resolve this case as to Defendants State of Oklahoma and the Oklahoma Office of Juvenile Affairs. The parties request that the Court hold this case in abeyance as to the remaining Defendants, pending the parties' compliance with the Consent Decree.

The parties represent to the Court that the Consent Decree satisfies the requirements of 18 U.S.C. § 3626(a)(1)(A). The parties request that the Court issue findings that the Consent Decree satisfies the requirements of 18 U.S.C. § 3626(a)(1)(A).

The parties further request that the Court retain jurisdiction over this case until the substance of the terms of the Consent Decree are fulfilled and the case is dismissed.

Finally, the parties request that the Court retain power to enforce the Consent Decree.

Respectfully submitted,

For the United States:

| | |
|---|---|
| DAVID E. O'MEILIA | GRACE CHUNG BECKER |
| United States Attorney | Acting Assistant Attorney General |
| Northern District of Oklahoma | Civil Rights Division |
| Attorney for Plaintiff | Attorney for Plaintiff |
| | |
| WYN DEE BAKER, OBA No. 465 | SHANETTA Y. CUTLAR |
| Assistant United States Attorney | Chief |
| Attorney for Plaintiff | Special Litigation Section |
| United States Attorney's Office | Attorney for Plaintiff |
| Northern District of Oklahoma | |
| 110 West 7th Street | |
| Suite 300 | JUDY C. PRESTON |
| Tulsa, Oklahoma 74119 | Deputy Chief |
| (918) 382-2700 | Special Litigation Section |
| | Attorney for Plaintiff |

       s/ Matthew J. Donnelly
LAURA L. COON
JE YON JUNG
STACEY K. GRIGSBY
SHAHEENA AHMAD SIMONS
MATTHEW J. DONNELLY
Trial Attorneys
Attorneys for Plaintiff
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
(202) 514-6255

For the Defendants:

 s/ Kindanne C. Jones
KINDANNE C. JONES
RICHARD MANN
Assistant Attorneys General
Counsel for the State Defendants
Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK  73105
(405) 522-2920

**CERTIFICATE OF SERVICE**

      I hereby certify that today I caused a copy of the Parties' RENEWED JOINT MOTION FOR ENTRY OF CONSENT DECREE in <u>United States of America v. State of Oklahoma, et al.</u>, Civil Action No. 06-CV-673-GKF-FHM, to be served electronically to the following individuals:

Kindanne Jones
Assistant Attorney General
Counsel for the State Defendants
Kindanne.Jones@oag.state.ok.us

Richard Mann
Assistant Attorney General
Counsel for the State Defendants
Richard.Mann@oag.state.ok.us

Jill Tsiakilos
Assistant Attorney General
Counsel for the State Defendants
Jill.Tsiakilos@oag.state.ok.us

M. Daniel Weitman
Assistant Attorney General
Counsel for the State Defendants
Dan.Weitman@oag.state.ok.us

Dated this 8th day of September, 2008.

                                                        s/ Matthew J. Donnelly
                                                  MATTHEW J. DONNELLY