# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

The United States of America,

                Plaintiff(s),

vs.                                          Case Number: 06-cv-673-GKF-FHM

The State of Oklahoma, et al,

                Defendant(s).

### ADMINISTRATIVE CLOSING ORDER

The Parties having entered into a Consent Decree, it is hereby ordered that the Clerk administratively terminate this action in his records, without prejudice to the rights of the parties to reopen the proceedings for good cause shown, including enforcement of the Consent Decree, for the entry of stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If, by March 09th, 2012, the Parties have not reopened this action, it shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 10th day of September , 2008

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma